FILED
SEP 21 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Lee Yeakel.

Soy "Juan A Aguirre" #62704 estoy preocupado por no saber nada de mi caso el abogado que me asigno no me contesta las llamadas ni mis cartas mi abogado es Alfonso cabañas estos son los numeros que me dio (210 323-8451)(210 446-4090) porfavor dejeme saber que esta pasando en mi caso o si me asigno otro abogado por favor dejeme saber.

gracias

Juan A Aguirre

RECEIVED
SEP 21 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Juan A Aguirre #62704
1601 mills st
Bastrop Tx 78602

SCREENED BY CSO
SEP 21 2020

Lee Yeakel
United States federal Court
501 W 5th Street
Austin Tx 78701

AUSTIN TX 787
RIO GRANDE DISTRICT
18 SEP 2020 PM 3 L

78701-381399

Lee Yeakel,

I am Juan A. Aguirre # 62704 I am worried for not knowing anything about my case the attorney you appointed me does not answer my calls or my letters my attorney is "Alfonso Cabañas" these are the numbers he gave me (210 323-8451) (210 446-4090) please let me know what is happening in my case or if you appointed me a different attorney please let me know.

Thank you

Juan A. Aguirre

[TRANSLATED BY PETER MAX HEIDE ON 9-21-2020]

[STYLE, GRAMMAR AND PUNCTUATION PER ORIGINAL. LETTER IS WRITTEN AS A RUN-ON SENTENCE]