RECEIVED

APR 13 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

FILED

APR 13 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

JUAN ANGEL AGUIRRE

v.

UNITED STATES OF AMERICA

Case No. 1:19-cr-00130-RP-1

DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW the Defendant, Juan Angel Aguirre, proceeding pro se, and respectfully moves this Court to appoint counsel pursuant to 18 U.S.C. § 3006A to assist in filing a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), and in support states as follows:

1. Medical Condition and Urgency

Defendant Juan Angel Aguirre is currently incarcerated at FCI Big Spring and is suffering from serious and ongoing medical complications, including an intestinal condition that required surgical intervention. As a result of this condition, Defendant now requires ongoing medical care, including management of an ostomy appliance and related complications.

1

Following surgery, Defendant has continued to experience complications, including infections, pain, and other medical concerns requiring continued attention.

Defendant has made repeated attempts to obtain adequate medical treatment while in custody, including submitting administrative remedy requests. Despite these efforts, Defendant continues to experience significant medical issues, raising concern regarding his health and safety.

Upon information and belief, Defendant's condition at one point became life-threatening. Defendant's condition remains ongoing and requires prompt legal attention.

2. Need for Counsel

Defendant is not trained in the law and lacks the ability to adequately present the medical and legal issues involved in this matter. The preparation of a motion under 18 U.S.C. § 3582(c)(1)(A) requires analysis of complex medical records, statutory requirements, and sentencing factors under federal law that Defendant cannot effectively address without assistance.

Defendant is indigent and unable to retain counsel.

3. Exhaustion of Administrative Remedies

Defendant is aware that 18 U.S.C. § 3582(c)(1)(A) requires that a defendant first submit a request for compassionate release to

2

the Warden of the facility, and either receive a denial or wait thirty (30) days from the date of that request before filing a motion with the Court. Defendant has submitted such a request and/or intends to satisfy this requirement prior to the filing of any substantive motion. Appointment of counsel at this stage will ensure that the exhaustion requirement and all procedural prerequisites are properly addressed.

4. Request for Appointment of Counsel

Given the seriousness and urgency of Defendant's medical condition, and Defendant's inability to properly present these issues, Defendant respectfully requests that this Court appoint counsel pursuant to 18 U.S.C. § 3006A to assist in the preparation and filing of a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).

5. Conclusion

WHEREFORE, Defendant respectfully requests that this Court appoint counsel to assist in this matter and grant any other such relief as may be just and proper.

Dated: April 06, 2026

Respectfully Submitted,

*Juan A Aguirre*

Juan Angel Aguirre

3

Defendant, Pro Se

Reg. No. 40924-480

FCI Big Spring

1900 Simler Avenue

Big Spring, Texas 79720

4

CERTIFICATE OF SERVICE

I hereby certify that on April 06, 2026, a copy of the foregoing Defendant's Motion for Appointment of Counsel was served upon the United States Attorney's Office for the Western District of Texas by placing a copy in the institutional mail system at FCI Big Spring, postage prepaid, addressed to:

United States Attorney's Office

Western District of Texas

816 Congress Avenue, Suite 1000

Austin, Texas 78701

*Juan A Aguirre*

Juan Angel Aguirre, Pro Se

5

40924-480

1900 Simler Ave.
Big Spring, Tx 79720





Case 1:19-cr-00130-RP   Document 1043   Filed 04/13/26   Page 6 of 6

Attn: Clerk of Court
U.S. District Clerk's office
501 West Fifth Street, Suite 1100
AUSTIN, TX 78701

SCREENED BY CSO's
APR 13 2026